Frank A. CARTER, Jr., Chief Disciplinary Counsel

v.

Stephen R. WALSH.

No. 79–227–M.P.

Supreme Court of Rhode Island.

May 29, 1980.

Frank A. Carter, pro se.

Charles H. McLaughlin, Providence, for respondent.

### ORDER

The respondent's motion requesting permission to resign as a member of the Bar of this State is granted.

WEISBERGER, J., did not participate.